STATE OF NEW JERSEY v. ANTHONY TRICOCHE.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT SOGLUIZZO.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE OLSZYK.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. LEONIDES SEPULVEDA.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RALPH HOAG.

June 27, 1989.

Petition for certification denied.